IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANDREW JACKSON,<br>    ID #621203<br>        Plaintiff,<br>vs.<br><br>GARY FITZSIMMONS, Dallas County<br>District Clerk, et al,<br>        Defendants. | )<br>)<br>)<br>)   No. 3:13-CV-1941-M-BH<br>)<br>)<br>)<br>) |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation, and Supplemental Findings, Conclusions, and Recommendation, of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions, and Supplemental Findings and Conclusions, of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

SO ORDERED this 23rd day of December, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS