**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| ANDREW JACKSON,           ) | |
|    ID #621203                      ) | |
|      Plaintiff,              ) | |
| vs.                                    ) | No. 3:13-CV-1941-M-BH |
|                              ) | |
| GARY FITZSIMMONS, Dallas County      ) | |
| District Clerk, et al,                        ) | |
|      Defendants.             ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation, and Supplemental Findings, Conclusions, and Recommendation, of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions, and Supplemental Findings and Conclusions, of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

**SO ORDERED** this 23rd day of December, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS